UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  AUG 20 2018  ☆

LONG ISLAND OFFICE

------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
                                                       :
                                                       :     ORDER
            -against-                                  :     17-CR-366 (JFB)
                                                       :
                                                       :
JOSUE PORTILLO,                                        :
      also known as "Sparky" and "Curioso,"            :
                                                       :
                                                       :
                                                       :
            Defendant.                                 :
                                                       :
------------------------------------------------------X

JOSEPH F. BIANCO, District Judge:

IT IS HEREBY ORDERED that the caption of this case, which reads *United States v. Josue Portillo*, also known as "Sparky" and "Curioso," shall be unsealed. The following documents are also unsealed: (1) the government's motion and memorandum of law in support of its motion to transfer the defendant to district court for prosecution as an adult (ECF No. 27); (2) a redacted version of the defendant's memorandum of law opposing the government's transfer motion (ECF No. 45); (3) the government's letters responding to the defendant's opposition to its transfer motion (ECF Nos. 38, 41); and (4) the government's August 15, 2018 letter to the Court (ECF No. 46). All other documents and entries filed in connection with the case shall remain sealed.

SO ORDERED.

S/ Joseph F. Bianco

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:      August 20, 2018
            Central Islip, NY