AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

WAIVER OF INDICTMENT

Josue Portillo

*Josue Portillo* (signature)

CASE NUMBER: 17cr 00366

I, _____, the above named defendant, who is accused of

*Rocketerring* (signature)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 20 2018 ★

LONG ISLAND OFFICE

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___August 20, 2018___ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

8/20/18

*Joseph Bianco* (signature)

**COURT EXHIBIT**

_____
Defendant

_____
Counsel for Defendant

1

Before