CRIMINAL CAUSE FOR GUILTY PLEA

BEFORE JUDGE BIANCO

DATE:8/20/18          TIME: 12:05 p.m.     TIME IN COURT:   1 hr.

DOCKET NUMBER: CR 17-0366          TITLE: USA v. Josue Portillo

DEFT NAME: Josue Portillo          DEFT: # 1
 X PRESENT ___NOT PRESENT      X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: Joseph W. Ryan, Jr.      RETAINED     X C.J.A.
 X PRESENT                      NOT PRESENT
                               FED. DEF. OF NY, INC.

A.U.S.A.  Paul G. Scotti, Raymond A. Tierney, Michael T. Keilty,
      Justina Geraci

DEPUTY CLERK: DF

REPORTER: ___PERRY AUERBACH ____MARIE FOLEY  X  PAUL LOMBARDI
___FRED GUERINO ___MARY ANN STEIGER ___DOM TURSI
___OWEN WICKER

INTERPRETER: Maya Gray (Spanish)

 X   CASE CALLED;

 X   COUNSEL FOR ALL SIDES PRESENT.

____ DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INFORMATION, AND
     ENTER(S) A NOT GUILTY PLEA TO THE CHARGES.

 X   DEFT (S) STATES TRUE NAME TO BE: Josue Portillo

____ FIRST APPEARANCE OF DEFENDANT.

 X   WAIVER OF INDICTMENT EXECUTED AND MARKED AS COURT EXHIBIT 1.

____ SUPERSEDING INDICTMENT FILED.

____ SUPERSEDING INFORMATION FILED.

____ DEFT(S) _____ ENTERS A GUILTY PLEA TO COUNT__OF THE
     JUVENILE INFORMATION.

X   DEFT(S)_____ENTERS A PLEA OF GUILTY TO THE SUPERSEDING INFORMATION.

 X   COURT FINDS A FACTUAL BASIS FOR THE PLEA.

 X   SENTENCE DATE SET FOR January 10, 2019 AT ___ 1:00 p.m. _____

 X   PROBATION NOTIFIED.

____ BAIL STATUS CONTINUED FOR DEFT. _____.

____ DEFT. _____CONTINUED IN CUSTODY.

____ BAIL SET AT_____

_____ CASE ADJ'D TO _____

____ OTHER:_____