# EHIBIT B

# COMMUNITY REINVESTMENT REPORT

HFY IDT Narrative

**Case Number:** 124  
**Child's Name:** Josue Portillo  
**Date of IDT:** 2/14/17  
**Program:** CRP

Please provide a brief explanation of actionable domain items and the goals associated with those items. Narrative goals should be the same as those on the CANS form.

<u>Demographic Information:</u>
Josue Portillo is a 15-year-old Salvadoran male who arrived to the United States in 2015. Josue is currently living in Central Islip in a multi-family home with his birth mother's and birth mother's current boyfriend named Jose Diaz and his family. Birth mother and boyfriend have one child together, a 6-year-old girl named Genesis.

**<u>Child Strengths</u>:**

CRP is in process of learning more about Josue. Josue is a 15-year-old Salvadorian male, who lived in El Salvador with his maternal grandmother and older sister. Josue describes having a closing relationship with his family in El Salvador and misses them. Josue has little to no information of birth father since birth father left when Josue was a child. Birth mother states she has heard rumors about Josue's birth father being dead, however no one is sure about those details. In 2015, Josue migrated to the United States due to behavior issues he was having in El Salvador. According to Birth mother, maternal grandmother stated that Josue was disobedient and was not following grandmother's rules. Birth mother states that Josue's older sister witness Josue coming home drunk and smelling like marijuana since the age of 12. Therefore, birth mother decided for Josue to come to the United States and reside with her in hopes of him doing better. Josue and birth mother have a strain relationship. Birth mother states Josue has no emotional connection towards her. Mother fears that something will happen to her son in the streets. Birth mother is aware of Josue's substance use since he is open about it. Josue enjoys playing soccer, and reports that he likes to hangs out with friends in the community.
IDT 2-14-17

**CANS score for family origin has increased from a 1-2.**
During this reported time CRP has learned more about Josue. Josue is a very resilient adolescent who desires to do well and improve his school behaviors and drug use. Josue has been compliant with working with therapist and participating in therapy. Birth mother and Josue have both expressed a distant relationship with one other. Although both care for each other, both Josue and birth mother are in the beginning stages of learning more about each other.

Case manager has only meet with Josue 3 times, as family either forgets appointments, as well as assisting birth mother with more prevalent situations. Case manger has started but not completed Casey life skills with Josue, and is still in the process of learning about Josue. According to YES report Josue has not meet with the program.

Government Exhibit 12
17 CR 366 (JFB)

### Goals:
Therapist and Josue will work together to find out what motivates and encourages Josue to succeed. ( In progress)
Josue will posses a greater level of self-esteem. ( In progress)
Josue will learn positive coping and communication skills. ( In progress)
Josue will be connect with YES- (lack of progress)

### Child Needs and Functioning:

CRP is currently evaluating for any needs Josue may need, and have only meet with Josue one time. However, birth mother states he does not follow parental rules and walks in and out the house when he wants.

### IDT 2-14-17

**CANS score for Dental needs has increased from a 0-1.**

As we have learned, Josue struggles with following parental rules. Therapist is learning a little bit more, as to why this is. Josue struggles to connect with his birth mother, as they do not have an emotional bond or connection with one another. Birth mother struggles with setting limits and disciplining Josue. Birth mother is willing to make a connection with her son, however feels like this would be a difficult process since she states she has lost hope.

Case manager has attempted to gather Josue medical and well as dental information, However, Birth mother is unaware of the location, and contact information of Josue's medical provider. Birth mother recently reinstated Josue health insurance, which was active as of 2/1/17. Birth mother is in the process of setting up medical appointment for Josue. Case manger is to follow up with birth mother on 2/15/17. In the meantime, Case manager is in the process of getting a copy of Josue last physical from Central Islip high school. Josue does not have any current known medical condition and is not on medications.

### Goals:
Family will gain a better understanding of one another ( In- progress)
Family will have family structure, family rules and expectations of each other. ( in progress)
Birth mother will follow up and well as find medical information for Josue. – ( New goal).

### Caregiver Strengths and Needs Domain:

CRP is still getting to know birth mother. During first family session, birth mother shared her struggle with forming a relationship with her son since his arrival. Birth mother stated

2

she was embarrassed to ask for her help, but decided to follow through due to her not wanting to see her son go down the wrong path.

**IDT 2-14-17**

Case manager assisted Birth Mother with understanding Josue reinstatement of health insurance and explained activation dates and information on insurance card. Case manager also assisted Birth with how to property use her cell phone in order to check voicemails. Birth disclosed that she has a limited education and does not know how to read or write well, but has shown ability to text with Case manger and Therapist. Birth mother can be disorganized with keeping appointments, and often needs reminder the day before or day of appointments. Case manager has also started help Birth mother learn and understand parent right with school involvement.

### *Goals:*

BM will express to Julio her belief in him, and encourage Josue to reach his goals.
BM will learn more about her son and learn how to emotionally connect with him. ( In progress)
BM will understand possess positive parenting skills, consequences and limit setting for Josue. ( In progress)
BM will have her own self-care routine so that she can be her best self and parent for Josue. ( In progress)
BM will gain knowledge on parents right in regards to school- New goal

### **Adverse Childhood Experiences:**

CRP is getting to know Josue. Josue shared a little bit about his childhood experience when living in El Salvador. Josue states that he was brought to the United States without him having a say. Josue stated that he wanted to come over, but did not have a choice as to when he was coming over. Josue states that his birth mother surprised him with his migration travels.

**IDT 2-14-17**

During this reported time therapist has learned more about Josue's life. Josue shared with therapist about his migration process. Josue experienced trauma during his migration journey and described it as a life or death situation. Josue shared with therapist at times he experiences nightmares and has some triggers. For example: Josue stated that he can not be in an area where there is too much heat as this reminds him of when he was stuck in a truck for 4 hours with 144 other individuals, Josue shared that during this time he had 3 other adolescent sitting on top of him and this he could not breath. Josue shared with therapist that this is the first time he has spoken and shared his migration story. Birth mother is unaware of her son's experiences. Josue and birth mother do not have a mother-son relationship as his mother left Josue when Josue was 4 months. Birth mother left

3

Josue to go work as an in-home house cleaner in another town when living in El Salvador. Birth mother stated that she would return home every 2 month, only for the weekend. However, she shared that she would spend her weekends selling table clothes and did not spend quality time with her children as she would have liked too. Birth mother acknowledges her mother to be Josue's mother. Therefore, Josue does not have that connection with his mother. Josue shared that when he arrived to NY and his mother picked him up from the shelter, Josue did not recognize whom his mother was and felt like he was taken to a home by a stranger.

*Goals:*

Josue will be able to speak about his migration process and address childhood adverse experiences while living in El Salvador and his acculturation into the United States. ( Active progress)

Josue will learn about trauma ( In progress)

Josue will learn healthy coping skill when triggered in his environment ( In progress)

**Risk Factors and Behaviors:**
During first family session, Josue admitted to being non-compliant with grandmother's rules and being his substance use since the age of 12. Josue states that he enjoys hanging out with his friends. Josue states that they spoke and walk around their community.
**IDT 2-14-17**

As mentioned above, Josue struggles with following parental rules. Birth mother works at night, and arrives home by 2am. Birth mother has shared at times Josue is not home when she arrives. Birth mother states Josue does not follow house rules. Josue's whereabouts and social connections are of a great concern as mother states there is a possible suspicion of possible gang involvements or affiliations.

*Goals:*
Josue will learn about the harm and dangers of community violence in his neighborhood. ( In progress)

Josue will learn about peer pressure, positive and negative social connections. ( In progress)

4

### Education:
Josue was placed on PINS Diversion via a school PINS for truancy. As of 12/5/16, Josue has 20 full truancy days and 12 partial truancy days. According to the PO, Josue attends school regularly, and on days he misses the bus, his mother takes him to school. Josue's struggles staying in class, and reports leaving school grounds by himself to walk around and at times walks to the local McDonald's to get coffee.

Referral for LIAC was made, and family met with Eilleen Buckley. Josue is currently attending both bi-lingual and SIFE classes. Before the beginning of 2016-2017 academic school years, Josue reports taking a test, which placed him in a beginner, level ENL classes. He reports attending summer school for Math and English and passed with the help of his friends. He describes feeling bored in class, and has some trouble understanding the material. Josue feels like if he is taught in Spanish he would not have any difficulties learning the material. Currently, his school performance is poor, and he is failing some of his classes. During his time in El Salvador, Josue attended school regularly and reports completing the 6th grade. Josue is also struggling with acclimating to the United States life style. Josue has mixed feelings towards education. Josue believes there are some benefits to his education but does not believe his school environment is encouraging or supportive. Josue has no interest in school activities. Josue states, There are no staff members at the school he feels closely too.

### IDT 2-14-17
**CANS score for school behavior has increased from a 0-2.**

Josue has a long history of behavioral problems with school. Josue has expressed that he cuts classes, and surrounds himself with negative peers that get him into trouble. Josue has been very honest with the CRP team and has Josue disclosed that he does not work well with certain staff members in Central Islip High School. Josue states that he also feels singled out by specific staff. The CRP, and LIAC have been working very closely to correct certain barriers that Josue was facing in school.

Prior to CRP case opening, the school has tried to reach out and communicate with birth mother on a few occasions. Case manger was able to set up a team meeting for birth mother, and LIAC. Josue was not in attendance due to at the time being on OSS. Team meeting held on 2/01/17. The school's main concerns were Josue's behavioral problems. According to the school, Josue surrounds himself with known gang members, and negative peers in school. He is disruptive in the classroom, and shows a high level of disrespect towards staff, especially an elderly aid that he made cry on a few occasions. Josue has been found in the hallways on various occasions with out permission and runs away from school staff and security.

Once CRP opened Josue's case, Josue has made efforts to attend school and follow school rules. In a short period, the school recognized Josue's efforts and sent a post card disclosing that he has improved in his attitude. However, Josue was still being targeted by

security. Throughout the meeting, case manager explained, that Josue is feeling extremely targeted at the high school. He feels he is routinely stopped and questioned by security, and while he is making great efforts to change his behavior and attitude at school, he feels his ability to do so is hindered by the school routinely singling him out or accusing him of doing things in which he had no involvement. Due to Josue OSS that he received on 1/31/17, birth mother also felt that Josue had been unfairly treated in school and was upset how the school approached him. It was also mentioned at the team meeting the family had yet to receive a letter about Josue suspension and return date back to school. Since the school failed to do this, with in a 24 hours period, and with the help from LIAC, Josue return to school and the OSS taken from his record. It was learned at the team meeting that Josue was cleared of the accusations, was placed on OSS because he run away from security that day.

Josue also stated that he is making an effort to change, however the school is constantly falsely accusing him. This is greatly effects Josue, since he states due to these false accusations, he feels like he no longer wants to attended school. School did send a past card in the mail that Josue had been improving his behaviors as of late, which made him very happy.

Case manager further expressed Josue feelings of feeling bored in his classroom, and not understanding why he has 1st period ISS. School explained that ISS was a informal way for Josue to have one on one support with staff. Birth Mother also presented three options for Josue education. One was to stay in SIFE which the school claimed now is credited baring, Bi-lingual regular education, and BOCE night school. Birth mother and Josue decided to switch him into Bi-lingual regular education.

On 2/6/17, CM received a phone call from Mrs. Rio school worker. There was a missed understanding with the school and Josue. The misunderstanding later was resolve and Josue will not be facing any negative actions.

**Goals:**
Josue will attend school regularly. progress
Josue will remain in class during the school day. progress
LIAC will continue to work with the family.- progress

**Modules:**

**Behavior Health:** Josue states that he does not follow parental rules and enjoys hanging out with his friends. As mentioned above Josue has has these same behaviors since he was living in El Salvador. Birth mother states his grandmother began to notice Josue's behavior change at the age of 12.

**Substance use:**
As mentioned above, Josue admitted to using substances since the age of 12. CRP is still getting to know Josue and his substance abuse history.

### IDT 2-14-17

**Behavioral Health:** Josue continues to not follow parental rules and continues to sneek out the house.

**Trauma:** As mentioned above, Josue has experienced trauma which he is currently working through in therapy.

**Substance use:** Therapist drug screened Josue on 2/2/17. Josue tested positive for marijuana. Josue understand the harm and dangers to substance use and is willing to decrease his drug use.

*Goals:*

Josue will be able to gain knowledge on the risk involved with substance use, learn healthy coping skills.

Josue will learn about how his trauma effects his emotions and behaviors.

7