# EHIBIT C

# JOSUE LETTER TO COURT

8 de enero del 2019

Honorable Joseph F. Bianco
Juez de Distrito de EEUU
Distrito Este de Nueva York
100 Federal Plaza
Central Islip, NY 11722-9014

<u>Asunto: Estados Unidos contra Josué Portillo 17-366 (JFB)</u>

Estimado Juez Bianco:

A estas alturas ya no me queda más que hacer que servir mi tiempo en prisión y orar por la familia de Michael López y por las familias de las otras víctimas. No espero ni indulgencia ni misericordia. No merezco que se me compadezca. Acepto mi castigo. Mi única esperanza es que se me deporte de vuelta a mi país natal de El Salvador, donde yo pueda tratar de comenzar una nueva vida productiva lo antes posible.

Pero nada que yo pueda hacer jamás va a compensar por la pérdida de Michael López y por el dolor que su familia padece. Me disculpo y rezo por su familia.

Con todo respeto,

*[firma]*

January 8, 2019

Hon. Joseph F. Bianco
U.S. District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014

<u>Re: United States v. Josue Portillo, 17-366 (JB)</u>

Dear Judge Bianco,

     A this point I can do nothing more than serve prison time and pray for Michael Lopez's s family and the families of the other victims. I expect no leniency or mercy. I do not deserve any sympathy. I accept my punishment. My only hope is that I can be deported back to my native country El Salvador where I can try to start a new productive life as soon as possible

     But nothing I can ever do will make up for the loss of Michael Lopez and the pain his family is suffering. I apologize and pray for his family.

                                      Respectfully,